IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

PRICE'S COLLISION CENTER, LLC, )
in its own capacity and as Agent for )
Anne Crockett ) No. 3-12-0873
)
v. )
)
PROGRESSIVE HAWAII INSURANCE )
CORPORATION )

O R D E R

The plaintiff's unopposed motion to excuse lead counsel (Docket Entry No. 22) is DENIED as MOOT.

The defendant's application for Kymberly Kochis to appear on behalf of the defendant (Docket Entry No. 19) is GRANTED.

The Clerk is directed to enter the address and telephone number for Ms. Kochis on the docket as Nelson, Levine de Luca & Hamilton, 1 Battery Park Plaza, 32nd Floor, New York, NY 10004 (telephone: 212-233-0130).

Counsel appeared for the initial case management conference on November 6, 2012, at which time plaintiff's counsel agreed to determine whether or not the plaintiff would pursue its claims in one of the two related cases. Once the plaintiff makes that determination, the other case(s) will be consolidated with this case, which shall serve as the lead case, an initial case management order will be entered in the consolidated action, the trial scheduled, and the defendant's pending motion to dismiss (Docket Entry No. 9) will be forwarded to the Honorable Kevin Sharp for his consideration.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge