IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

PRICE'S COLLISION CENTER, LLC, )
in its own capacity and as Agent for Anne )
Crockett and Nicole Crosby ) No. 3-12-0873
) Consolidated with 3-12-0874
v. )
)
PROGRESSIVE HAWAII INSURANCE )
CORPORATION )

O R D E R

The plaintiff's motion for leave to file reply in support of motion to compel (Docket Entry No. 49) is GRANTED.

The Clerk is directed to file the plaintiff's reply (Docket Entry No. 49-1) to the defendant's response (Docket Entry Nos. 47-48) to the plaintiff's motion to compel (Docket Entry No. 42).

A hearing on the plaintiff's motion to compel is scheduled on **Tuesday, May 6, 2014, at 10:00 a.m.,** in Courtroom 764, U.S. Courthouse, 801 Broadway, Nashville, TN.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge