IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| PRICE'S COLLISION CENTERS,<br>In its own capacity and as Agent for<br>Anne Crockett and Nicole Crosby,<br><br>Plaintiff,<br><br>v.<br><br>PROGRESSIVE HAWAII INSURANCE<br>CORPORATION,<br><br>Defendant. | Civil Action Nos.<br>3:12-cv-873 (Anne Crockett)<br>3:12-cv-874 (Nicole Crosby)<br><br>JURY DEMAND<br><br>Chief Judge Sharp<br>Magistrate Judge Holmes |

## JOINT MOTION TO CONTINUE TRIAL

Pursuant to Federal Rule 16(b)(4), the Parties, Price's Collision Centers ("Plaintiff" or "Price's") and Progressive Hawaii Insurance Corporation ("Defendant" or "Progressive"), jointly request that the Court continue the trial currently scheduled for September 20, 2016 (ECF. No. 97) and all associated dates for pre-trial conference and pre-trial exchange of materials.

Dated: New York, New York
        January 26, 2016

NEAL & HARWELL, PLC

By:    */s/ Robert A. Peal*
       Robert A. Peal, No. 25629
       William T. Ramsey, No. 9245
       150 Fourth Avenue North, Suite 2000
       Nashville, Tennessee 37219
       Phone: (615) 244-1713
       Fax: (615) 726-0573
       Email: rpeal@nealharwell.com
              wramsey@nealharwell.com

       *Attorneys for Plaintiff*

**SUTHERLAND ASBILL & BRENNAN, LLP**

By:    */s/ Kymberly Kochis*
       Kymberly Kochis (*pro hac vice*)
       Veronica M. Wayner (*pro hac vice*)
       The Grace Building, 40th Floor
       1114 Avenue of Americas
       New York, NY 10036
       Phone: (212) 389-5000
       Facsimile: (212) 389-5099
       kymberly.kochis@sutherland.com
       veronica.wayner@sutherland.com

       **FEENEY & MURRAY, P.C.**
       John Thomas Feeney, No. 11482
       424 Church Street, Suite 2230
       Nashville, Tennessee 37219
       Phone: (615) 242-3700
       Facsimile: (615) 242-7111
       johntfeeney@feeneymurray.com

       *Attorneys for Defendant*