UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| PRICE'S COLLISION CENTER, LLC ) | |
| ) | |
| v. ) | NO. 3:12-0873 |
| ) | JUDGE SHARP |
| PROGRESSIVE HAWAII INSURANCE ) | |
| CORPORATION ) | |

## ORDER

As stated at the February 24, 2016 telephone conference, the Court granted the Joint Motion to Continue Trial (Docket No. 101). The jury trial set for September 20, 2016, is hereby continued to Tuesday, November 8, 2016, at 9:00 a.m. The final pretrial conference is reset for Monday, October 24, 2016, 1:30 p.m.

This matter is hereby returned to the Magistrate Judge for further case management as needed.

It is so ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE