# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| PRICE'S COLLISION CENTERS,<br>In its own capacity and as Agent for Anne<br>Crockett and Nicole Crosby,<br><br>    Plaintiff,<br><br>v.<br><br>PROGRESSIVE HAWAII INSURANCE<br>COMPANY,<br><br>    Defendant. | CONSOLIDATED<br>Civil Action Nos.<br>3:12-cv-0873 (Anne Crockett)<br>3:12-cv-0874 (Nicole Crosby)<br><br>JURY DEMAND<br><br>JUDGE SHARP/HOLMES |

## THIRD AMENDED CASE MANAGEMENT ORDER

A telephonic case management conference was held on March 3, 2016. Counsel participating were: Rob Peal for Plaintiff and Kymberly Kochis and Veronica Wayner for Defendant. Based on the proposed Third Amended Case Management Order submitted by the parties (Docket No. 106-1) and discussion at the telephonic case management conference, this Order sets the deadlines for the following in this case and, as to the deadlines and dates provided herein, supersedes the previous Case Management Orders (*See* Docket Nos. 24, 25, 40, 85-1, 87, 88, 90, 92, 94, 97), except as to the Order of Chief Judge Sharp entered on February 29, 2016 (Docket No. 105) setting this action for trial and a final pretrial conference, which remains in effect:

**DISCOVERY:** The parties shall complete all written discovery and depose all fact witnesses on or before July 5, 2016. All written discovery shall be served in sufficient time so that responses may be served by July 1, 2016. Discovery is not stayed during the pendency of dispositive motions, unless ordered by the Court. No motions concerning discovery are to be

filed until the parties have conferred in good faith. Any discovery motions shall be filed by July 8, 2016.

**DISCLOSURE OF EXPERTS**: The Plaintiff shall identify and disclose all expert witnesses and expert reports on or before April 8, 2016. The Defendant shall identify and disclose all expert witnesses and reports on or before May 6, 2016. Rebuttal experts, if any, shall be identified and disclosed (along with expert reports) on or before May 13, 2016.

**DEPOSITION OF EXPERT WITNESSES:** The parties shall depose all expert witnesses on or before May 25, 2016.

**JOINT MEDIATION REPORT:** The parties shall file a joint mediation report on or before August 1, 2016, in which the parties shall indicate whether they have engaged in settlement discussions, whether they believe that there is potential for settlement, and, if so, whether they believe that they will be able to resolve this case themselves or whether they believe ADR would be necessary or productive and, if so, what form of ADR, with whom, and when they propose to participate in such ADR.

**DISPOSITIVE MOTIONS**: The parties shall file all dispositive motions on or before August 3, 2016.[1] Responses to dispositive motions shall be filed within twenty-one (21) days after filing the motion. No responses to dispositive motions shall be filed after August 24, 2016, except with the express permission of the Honorable Kevin H. Sharp. Any reply, if necessary, shall be filed within 14 days of the filing of the response. No other filings in support of or in opposition to any dispositive motion shall be made after September 7, 2016, except with the express permission of the Honorable Kevin H. Sharp. Memoranda in support of or in opposition

---

[1] The Court notes that this dispositive motion schedule is reduced from the timing ordinarily required by Local Rule 16.01(d)(2.f), but was discussed with Chief Judge Sharp during the February 24, 2016 conference, and was permitted to facilitate a final resolution of this action as quickly as possible given the length of time it has been pending.

to any dispositive motion shall not exceed twenty pages and any reply shall not exceed five pages.

**ELECTRONIC DISCOVERY:** The parties have reached an agreement on the procedures to conduct electronic discovery; therefore, the default standard contained in Administrative Order No. 174 need not apply in this case.

It is SO ORDERED.

_____
BARBARA D. HOLMES
U.S. District Court Magistrate Judge