IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| PRICE'S COLLISION CENTERS, LLC<br>In its own capacity and as Agent for<br>Anne Crockett and Nicole Crosby,<br><br>    Plaintiff,<br><br>vs.<br><br>PROGRESSIVE HAWAII<br>INSURANCE CORPORATION,<br><br>    Defendant. | Civil Action Nos.<br>3:12-cv-873 (Anne Crockett)<br>3:12-cv-874 (Nicole Crosby)<br><br>JURY DEMAND<br><br>Chief Judge Sharp<br>Magistrate Judge Holmes |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties, as evidenced by the signatures of counsel below, hereby stipulate to the dismissal with prejudice of all of the claims in this case. The parties further stipulate that all parties will bear all of their own attorneys' fees and other costs, and that neither party will seek an award of fees or costs in this matter.

**STIPULATED AND AGREED TO:**

By: /s/ Robert A. Peal
    William T. Ramsey, No. 9245
    Robert A. Peal, No. 25629
150 Fourth Avenue North, Suite 2000
Nashville, Tennessee 37219
Phone: (615) 244-1713
Fax: (615) 726-0573
Email: wramsey@nealharwell.com
       rpeal@nealharwell.com

*Attorneys for Plaintiff*

By:  /s/ Kymberly Kochis (By Robert A. Peal with permission)
    Kymberly Kochis (*pro hac vice*)
    Veronica M. Wayner (*pro hac vice*)
Sutherland Asbill & Brennan, LLP
The Grace Building, 40th Floor
1114 Avenue of the Americas
New York, NY 10036
Phone: (212) 389-5000
Fax: (212) 389-5099

*Attorneys for Defendant*

1

Respectfully submitted,

**NEAL & HARWELL, PLC**

By: /s/ Robert A. Peal
    William T. Ramsey, No. 9245
    Robert A. Peal, No. 25629
150 Fourth Avenue North, Suite 2000
Nashville, Tennessee 37219
Phone: (615) 244-1713
Fax: (615) 726-0573
Email: wramsey@nealharwell.com
        rpeal@nealharwell.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served by the Court's CM/ECF system on the following, and on all other parties registered to receive electronic notices in this case, on this 27th day of April, 2016.

John Thomas Feeney, No. 11482
PO Box 198685
Nashville, Tennessee 37219
Phone (615) 242-3700
Email: johntfeeney@feeneymurray.com

Kymberly Kochis (PHV)
Veronica M. Wayner
Sutherland Asbill & Brennan, LLP
The Grace Building, 40th Floor
1114 Avenue of the Americas
New York, NY 10036
Phone: (212) 389-5000
Fax: (212) 389-5099

*Attorneys for Defendant*

By: /s/ Robert A. Peal