IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| PRICE'S COLLISION CENTER, LLC<br>in its own capacity and as Agent for<br>Anne Crockett and Nicole Crosby<br><br>v.<br><br>PROGRESSIVE HAWAII<br>INSURANCE CORPORATION | CONSOLIDATED CASES<br>NO.  3:12-0873<br>and  3:12-0874 |

O R D E R

On April 27, 2016, the parties filed a stipulation of dismissal with prejudice (Docket Entry No. 108).

Therefore, the Clerk of Court shall forward this file to the Honorable Kevin H. Sharp, Chief District Judge, for his consideration of the stipulation of dismissal with prejudice.

Unless otherwise ordered by the Court, there will be no further proceedings before the Magistrate Judge.

It is so ORDERED.

BARBARA D. HOLMES
United States Magistrate Judge