| | |
|---|---|
| PRICE'S COLLISION CENTER, LLC ) | |
| ) | |
| v. ) | NO. 3:12-0873 |
| ) | JUDGE SHARP |
| PROGRESSIVE HAWAII INSURANCE ) | |
| CORPORATION ) | |

## ORDER

Pursuant to the Stipulation of Dismissal with Prejudice (Docket No. 108) filed by the parties, this action is hereby dismissed with prejudice pursuant to Rules 41(a) of the Federal Rules of Civil Procedure.

It is so ORDERED.

_Kevin H. Sharp_
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE